UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MIGUEL DAUPHIN | * | CIVIL ACTION |
| Versus | * | NO: 2:13-cv-4850, Sec. G/5 |
| AMERICAN FIRE & CASUALTY COMPANY, HOLLIS ELECTRIC COMPANY, INC., AND DAVID W. GAITHER | * | JUDGE JOLIVETTE BROWN |
| | * | MAGISTRATE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS PROPOSED JURY INSTRUCTIONS

NOW into Court, through undersigned counsel, come defendants American Fire and Casualty Insurance Company, Hollis Electric Company, Inc., and David W. Gaither, which pursuant to the order of the court submits its' suggested jury instructions as follows:

From the Fifth Circuit Pattern Jury Instructions – Civil (2006) defendants request the following instructions be utilized,

1.1   Preliminary instructions

2.1   First Recess

2.3   Stipulations of Fact

2.7   Bench Conferences and Recesses

2.9   Witnesses Not Called

2.10  Similar Acts-Cautionary Charge

2.11  Duty to Deliberate

2.12  Instructions on Deliberation

2.13    Bias – Corporate Party Involved

2.16    Impeachment by Witnesses' Inconsistent Statement

2.18    Consideration of the Evidence

2.19    Expert Witnesses

2.20    Burden of Proof When Only Plaintiff Has Burden

2.21    Use of Notes Taken by Jury

2.22    Cautionary Instructions for Charge

2.23    Deposition Testimony

3.1     General Instructions for Charge

4.6     Causation (First paragraph only)

15.1    Consider damages Only if necessary

15.2    Compensatory Damages

15.3    Calculation of Past and Future Damages

15.5    Aggravation of Disease or Defect

15.6A   Medical Expenses (Section A only)

15.15   Mitigation of Damages

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

BY:s/ SCOTT S. DITTMANN
Scott S. Dittmann
Attorney for Defendants,

American Fire and Casualty Insurance Company, Hollis Electric Company, Inc., and David W. Gaither