UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MIGUEL DAUPHIN | * | CIVIL ACTION |
| Versus | * | NO: 2:13-cv-4850, Sec. G/5 |
| AMERICAN FIRE & CASUALTY COMPANY, HOLLIS ELECTRIC COMPANY, INC., AND DAVID W. GAITHER | * | JUDGE JOLIVETTE BROWN |
| | * | MAGISTRATE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S PROPOSED JURY VERDICT FORM

Now into court, through undersigned counsel, come defendants American Fire and Casualty Insurance Company, Hollis Electric Company, Inc., and David W. Gaither, which submit the following proposed *JURY VERDICT FORM*.

Please state what sum of money, if any, would reasonably and fairly compensate Miguel Dauphin for each of the following claimed items of damages:

Physical and mental pain and suffering  _____

Past Medical Expenses  _____

Future Medical Expenses  _____

New Orleans, Louisiana this _____ day of July, 2014.

_____
Foreperson