UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MIGUEL DAUPHIN | * | CIVIL ACTION |
| Versus | * | NO: 2:13-cv-4850, Sec. G/5 |
| AMERICAN FIRE & CASUALTY COMPANY, HOLLIS ELECTRIC COMPANY, INC., AND DAVID W. GAITHER | * | JUDGE JOLIVETTE BROWN |
| | * | MAGISTRATE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S PROPOSED JURY INTERROGATORIES**

Now into court, through undersigned counsel, come defendants American Fire and Casualty Insurance Company, Hollis Electric Company, Inc., and David W. Gaither, which submit the following proposed jury interrogatories or *voir dire* questions.

1. Please state your name, marital status, number of children if applicable and ages, educational background, current employment status, and educational background and employment status of spouse, if applicable.

2. Have any of you or any family member been a plaintiff of defendant in a personal injury lawsuit? If yes please briefly describe your involvement, any injuries you may have suffered, and the result of the litigation, i.e. did it settle or go to trial.

3. Have you or any family member ever been involved in an automobile accident that resulted in personal injuries? If yes please elaborate and advise whether the accident resulted in either a claim against an insurance company or a lawsuit. If so, what was the result of the claim or lawsuit.

4. Do you or any family member suffer from painful low back or neck symptoms and complaints that have resulted in medical treatment? If yes, please briefly describe your experiences regarding these medical issues and whether or not that would affect your ability to render a fair and impartial decision for either party in this trial.

6. Have any of you or any family members had an unsatisfactory experience in dealing with an insurance claim? If yes, please briefly explain the circumstances of the claim, the reason for your dissatisfaction, and whether or not that would affect your ability to render a fair decision in this trial where an insurance company is a defendant?

7. Have any of you ever served on a jury before and if so what type of case did it involve, i.e. civil or criminal, where you the Foreperson, and what was the result of that trial?

8. Do any of you have any family members, relatives or close friends that work in the medical field either as doctors or nurses

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing upon counsel for all parties.

BY:s/ SCOTT S. DITTMANN
Scott S. Dittmann
Attorney for Defendants,
American Fire and Casualty Insurance Company, Hollis Electric Company, Inc., and David W. Gaither